# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

JERRY L. BROWN,

    Plaintiff,

v.                                       CIVIL ACTION NO.: CV614-007

EMANUEL PROBATION DETENTION
CENTER; WASHINGTON COUNTY
REGIONAL MEDICAL CENTER;
DR. RAWLS; and DR. TAYLOR,

    Defendants.

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that he is "pretty sure" he followed the grievance procedure while he was housed at Emanuel Probation Detention Center. (Doc. No. 18, p. 1). Even if Plaintiff had utilized the grievance procedure at Emanuel Probation Detention Center, which is contrary to what he stated in his original Complaint, Plaintiff's cause of action is subject to dismissal as being untimely filed and because he failed to state a claim cognizable under 42 U.S.C. § 1983.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of June, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA